UNITED STATES DISTRICT COURT  **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-11-8491-R                                        Date: JULY 23, 2012

Title:   STRONG TRADING, INC -v- REEVES PARK, INC et al
===================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DISMISSING ACTION WITHOUT PREJUDICE

**All three of the defendants in this action have filed Chapter 7 bankruptcies; the Court therefore now DISMISSES this action without prejudice to plaintiff pursuing the matter against the defendants in the bankruptcy court, and without prejudice to plaintiff moving to reopen this case at the conclusion of the bankruptcy actions, if any part of this matter remains unresolved at that time. The Court retains jurisdiction over the matter for that purpose.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                        Initials of Deputy Clerk ___WH____
CIVIL -- GEN